RECEIVED
AUG 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ralph Joseph Husman**

**Docket No. 0:00CR00054-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ralph Joseph Husman** who was sentenced for Possession With the Intent to Distribute Cocaine on August 3, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Substance testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol.

On August 3, 2006, Mr. Husman was arrested by the Burnsville, Minnesota, Police Department and charged with Misdemeanor Driving Under the Influence of Alcohol. An intoxilyzer test revealed that Mr. Husman's blood alcohol concentration was 0.18. On August 24, 2006, Mr. Husman admitted to this officer that he operated a vehicle while under the influence of alcohol. An arraignment hearing is scheduled for September 6, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
AUG 30 2006
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 30th day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on August 29, 2006
Place Minneapolis

c: United States Sentencing Commission